**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1740**

———————

DANIEL JOHNSON WILLIS,

            Plaintiff - Appellant,

        v.

TOWN OF TRENTON, NC, et al.,

            Defendant - Appellee.

———————

**No. 10-1741**

———————

DANIEL JOHNSON WILLIS,

            Plaintiff - Appellant,

        v.

TOWN OF TRENTON, NC, et al.,

            Defendant - Appellee.

———————

**No. 10-1742**

———————

DANIEL JOHNSON WILLIS,

            Plaintiff - Appellant,

        v.

TOWN OF TRENTON, NC, et al.,

                    Defendant - Appellee.

────────────

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (4:10-mc-00001; 4:10-mc-00004; 4:10-mc-00002)

────────────

Submitted: November 9, 2010          Decided: December 9, 2010

────────────

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Daniel Johnson Willis, Appellant Pro Se.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying leave to file three new civil actions against the Town of Trenton. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Willis v. Town of Trenton, NC, Nos. 4:10-mc-00001; 4:10-mc-00004; 4:10-mc-00002 (E.D.N.C. Apr. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED